

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2014

No. 04-14-00008-CV

Chris **STONE**,
Appellant

v.

**TALBERT OPERATIONS, LLC**,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-08-00195-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to file Brief is hereby GRANTED. Time is extended to June 30, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court